FILED

03/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0563
_____

IN RE THE PARENTING OF:
S.N.,

ROBERT NEWHOUSE,

      Petitioner and Appellee,                      O R D E R

v.

MARION KEEZER, k/n/a MARION SCOTT,

      Respondent and Appellant.
_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2023